UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) E.D. TENN MAG. NO.: 1:14-mj-226 |
| | ) |
| v. | ) CHG DIST. No. 4:99-cr-33-01-RLV |
| | ) |
| | ) Northern District of Georgia-Rome |
| DENNIS LEBRON HILL | )      *LEE* |

MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on August 27, 2014, in accordance with Rules 5 and 32.1 of the Federal Rules of Criminal Procedure for an initial appearance of the defendant on an arrest warrant and Petition for Warrant and Order to Show Cause Why Supervised Release Should Not Be Revokede out of the U.S. District Court, Northern District of Georgia, Rome Division. Those present for the hearing included:

(1) AUSA Jay Woods for the USA.
(2) The defendant, DENNIS LEBRON HILL.
(3) Attorney Myrlene Marsa with Federal Defender Services of Eastern Tennessee as appointed counsel for defendant in the arresting district.

After being sworn in due form of law, the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution. Attorney Marsa with Federal Defender Services of Eastern Tennessee was present as court appointed counsel in the arresting district.

The defendant had been provided with a copy of the arrest warrant and petition and had the opportunity of reviewing those documents with his attorney. It was determined defendant was capable of being able to read and understand the documents.

AUSA Woods moved that defendant be detained without bail pending a detention hearing in the U.S. District Court, Northern District of Georgia, Rome Division. The defendant admitted he is the person named in the petition, waived any detention or preliminary hearing in this district, and asked that his hearings and any further proceedings be held in the U.S. District Court, Northern District of Georgia, Rome Division.

It is ORDERED:

(1) Defendant shall be TEMPORARILY DETAINED pending his transfer to the U.S. District Court, Northern District of Georgia, Rome Division as set forth in the Order of Temporary Detention Pending Hearing Pursuant to Bail Reform Act.

(2) The U.S. Marshals Service shall transport defendant to the U.S. District Court, Northern District of Georgia, Rome Division for a hearing on a date to be determined once defendant is in said district.

SO ORDERED:

ENTER.

                                                s/ *Susan K. Lee*
                                                SUSAN K. LEE
                                                UNITED STATES MAGISTRATE JUDGE